TJS:JAG
F.#2007R00092

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JAMES BATTISTA,
  also known as "Baba"
  and "Sheep," and
THOMAS MARTINO,

          Defendants.

- - - - - - - - - - - - - - - - -X

**M-07 903**

AFFIDAVIT IN SUPPORT
OF APPLICATION FOR
ARREST WARRANTS

(T. 18, U.S.C., § 1349)

EASTERN DISTRICT OF NEW YORK, SS:

      PAUL HARRIS, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), duly appointed according to law and acting as such.

      Upon information and belief, there is probable cause to believe that on or about and between December 1, 2006 and April 30, 2007, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants JAMES BATTISTA, also known as "Baba" and "Sheep," and THOMAS MARTINO, together with others, did knowingly and intentionally conspire to devise a scheme and artifice to defraud the National Basketball Association ("NBA") by depriving the NBA of the intangible right of honest services, and for the purpose of executing such scheme and artifice, transmitted and caused to

be transmitted writings, signals and sounds by means of wire communication in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1343 and 1346.

(Title 18, United States Code, Section 1349).

The source of my information and the grounds for my belief are as follows:[1]

1.    I have been a Special Agent of the FBI for approximately eight years.  In early 2007, the FBI received information that BATTISTA was engaged in betting large amounts of money on NBA basketball games and was receiving assistance from an NBA referee in determining his bets.  Over the next several months, I participated in an investigation of BATTISTA, MARTINO, and others.

---

[1] I am familiar with the information contained in this affidavit based on my own participation in the investigation, my review of documents and records, and conversations I have had with other law enforcement agents and individuals.  Because this affidavit is being submitted for the limited purpose of establishing probable cause to support the issuance of arrest warrants, I have not set forth each and every fact learned during the course of this investigation, nor each and every crime that the subjects of the investigation are believed to have committed, but simply those facts which I believe are necessary to establish probable cause to support the issuance of arrest warrants.  Where actions, conversations, and statements of others are reported in this Affidavit, they are reported in substance and in part unless otherwise indicated.

2

## INTRODUCTION

2.    The NBA, which was founded in 1946 and has its headquarters in New York City, is a global sports and entertainment organization that includes, among other things, a men's professional basketball league of 30 teams located in major metropolitan areas throughout the United States and Canada. The NBA team owners, management, and players operate under the terms and conditions set by their agreements with the NBA. The NBA does business and operates throughout the United States, including in the Eastern District of New York.

3.    The NBA employs approximately 60 referees who officiate pre-season, regular season, and playoff games between NBA teams. Each game has an officiating crew of three referees. NBA referees are subject to a collective bargaining agreement and to rules of conduct set by the NBA. Those rules of conduct require that NBA referees conduct themselves according to the highest standards of honesty, integrity, and professionalism, as well as refrain from any conduct that might impair the faithful and thorough discharge of their duties.

4.    NBA referees are also subject to several levels of review. For example, for each game, reports completed by the crew chief, who is typically the senior member of the officiating crew, are transmitted electronically to the NBA's Basketball

3

Operations Division, which includes the NBA's Vice President for Scheduling and Game Operations, who regularly receives and reviews these reports in the Eastern District of New York. NBA rules require game reports to be "complete and accurate," and to reflect, among other things, any referee misconduct.

5.    Among other things, NBA referees are prohibited from having any involvement in sports betting or bookmaking.[2] In particular, NBA referees are prohibited from placing bets on NBA games or from providing information to others for the purpose of assisting them to place bets.

6.    As a matter of policy and practice, the NBA does not disclose the identities of an officiating crew to the public, or to NBA teams, until game time. The NBA creates master referee schedules setting forth the officiating crews for upcoming NBA games. These schedules are not disclosed to the public or to NBA teams. NBA referees are prohibited from disclosing upcoming referee assignments and other proprietary NBA information. Also, NBA referees are prohibited from engaging in other employment without permission of the NBA.

7.    During the NBA season, professional bookmakers predict the team favored to win each NBA game and set a point

---

[2] The only exception to this rule is that NBA referees are permitted during the NBA off-season to place bets on horse races at racetracks, where legal.

spread by which the favorite is expected to win.  This prediction is also referred to as the "betting line."  If a bettor selects the favored team, the bettor wins if that team wins the game by the predicted point spread or by a greater number of points.  If a bettor selects the team that is not favored, the bettor wins if that team wins the game or loses by a lesser number of points than the predicted point spread.

THE SCHEME

8.    For the past 13 years, up to and including the 2006-2007 NBA season, a confidential source of information ("CS-1") was an NBA referee.[3]  Approximately four years ago, CS-1 began placing bets on NBA games, including games he officiated. In approximately December 2006, CS-1 began to receive cash payments in exchange for providing betting recommendations or "picks" on NBA games, including games he officiated, to individuals involved in the business of sports betting.

9.    According to CS-1, in approximately 2003, CS-1 and a friend of CS-1 placed bets together on NBA games, but the friend, in order to minimize the chance that CS-1's involvement in sports betting would be discovered, represented to the

---

[3] CS-1 has been debriefed by the FBI and the information provided by CS-1 has been corroborated by other witnesses and by documentary evidence, including, as discussed below, telephone records.  CS-1 is expected to enter a cooperation agreement with the government.

bookmaking service that the friend was the sole bettor. CS-1 knew that the friend had an account set up with a bookmaking service through an individual identified later herein as a second confidential source of information ("CS-2").

10. According to CS-1, in or about mid-December 2006, CS-1 met with BATTISTA and MARTINO in Philadelphia, Pennsylvania. During the meeting, BATTISTA confronted CS-1 with the fact that CS-1 was betting on NBA games through CS-2, and proposed that CS-1 provide picks on upcoming NBA games to him (BATTISTA) in exchange for $2,000 for each game picked correctly, and no payment for games picked incorrectly.[4] CS-1 accepted BATTISTA's proposal. It was agreed among the co-conspirators that MARTINO would act as the intermediary between CS-1 and BATTISTA.[5] Several weeks into the operation of the scheme, it was agreed that CS-1 would be paid $5,000 for each game CS-1 picked correctly.

---

[4] On April 27, 2007, your affiant interviewed BATTISTA. BATTISTA stated that he was a professional gambler. He further explained that he worked as a "mover," that is, someone who takes large bets and breaks them down into smaller bets to be placed with multiple bookmakers. BATTISTA also stated that, at times, he received reliable inside information on sporting events.

[5] On May 17, 2007, your affiant interviewed MARTINO. MARTINO stated, among other things, that he has known BATTISTA since both MARTINO and BATTISTA were in high school, and that BATTISTA was a professional gambler who used MARTINO's house to conduct his gambling business. MARTINO further stated that he often spoke to CS-1.

11.   CS-1 and MARTINO agreed upon a code for CS-1 to use over the telephone to indicate CS-1's picks.  MARTINO, in turn, provided CS-1's picks to BATTISTA, who then placed bets based on those picks.  In this manner, CS-1 continued to provide MARTINO and BATTISTA with picks on NBA games, including many games CS-1 officiated, until approximately April 2007.

12.   In making picks, CS-1 relied on, among other things, nonpublic and other information to which CS-1 had unique access by virtue of CS-1's position as an NBA referee.  This information included CS-1's knowledge of (a) the officiating crews for upcoming NBA games, (b) the interactions between certain referees and certain players and team personnel, and (c) the physical condition of certain players.  CS-1 also compromised CS-1's objectivity as a referee because of CS-1's personal financial interest in the outcome of NBA games.  In addition, CS-1 concealed this scheme from the NBA and other referees in order to prevent its detection.

13.   During the course of the conspiracy, MARTINO made payments to CS-1 for correct picks on NBA games.  For example, MARTINO in January 2007 delivered cash payments to CS-1 in Phoenix, in March 2007 in Toronto, Canada, and in April 2007 in Washington, D.C.  CS-1 was present in those cities at those times to officiate NBA games.

7

14.   Your affiant has reviewed the cellular telephone records of CS-1 and BATTISTA and MARTINO.[6]  For the period October 1, 2006 through May 1, 2007, those records reveal hundreds of calls between CS-1 and MARTINO, and hundreds of calls between MARTINO and BATTISTA.  Consistent with CS-1's explanation of the scheme, the telephone records revealed no calls directly between CS-1 and BATTISTA.  On multiple occasions, a call between CS-1 and MARTINO was immediately followed by a call between MARTINO and BATTISTA.

15.   CS-2, who is a professional gambler, advised that from speaking with BATTISTA during the time frame of the conspiracy, CS-2 learned that BATTISTA and MARTINO were receiving picks on NBA games from CS-1.  In or about March 2007, BATTISTA asked CS-2 to provide money to MARTINO to pay CS-1 for correct picks on NBA games, and CS-2 in fact provided a sum of money to MARTINO for that purpose.

WHEREFORE, your affiant respectfully requests that arrest warrants be issued for the defendants JAMES BATTISTA and THOMAS MARTINO so that they may be dealt with according to law.

---

[6] The cellular telephones of CS-1 and MARTINO were listed in their own names and registered to their home addresses.  The cellular telephone of BATTISTA was listed in his wife's name at their home.

8

Because the defendants have not yet been apprehended, your affiant further requests that this application be filed under seal.

PAUL HARRIS
Special Agent
Federal Bureau of Investigation

Sworn to before me this
14th day of August 2007

UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK